JAMES R. WHEATON (Cal. Bar No. 115230)
LOWELL CHOW
FIRST AMENDMENT PROJECT
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Tel:     (510) 208-7744
Fax:     (510) 208-4562

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, | ) Case No. 90-3576-MHP |
| | ) AND |
| Plaintiff, | ) Case No. 85-1709 |
| | ) Case No. 85-2247 |
| v. | ) |
| | ) **CLARIFICATION RE: REQUEST BY** |
| UNITED STATES DEPARTMENT OF | ) **PLAINTIFF FOR CASE** |
| JUSTICE, and UNITED STATES FEDERAL | ) **MANAGEMENT CONFERENCE** |
| BUREAU OF INVESTIGATION, | ) |
| | )   ORDER SETTING CMC |
| | )   BEFORE JUDGE CHEN |
| Defendants. | ) |
| | ) Dept:  The Honorable Magistrate Judge |
| | ) Elizabeth LaPorte |

Related Case:

| | |
|---|---|
| SETH ROSENFELD | ) Case No. 3:07-cv-03240-EMC |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| AND UNITED STATES DEPARTMENT OF | ) |
| JUSTICE | ) |
| | ) |
| Defendants. | ) |
| | ) |

*ROSENFELD v. FBI:* **CLARIFICATION RE: PLAINTIFF'S REQUEST FOR CASE
MANAGEMENT CONFERENCE**

Plaintiff Seth Rosenfeld respectfully files and serves this clarification regarding his request to set a Case Management Conference, in answer to the response of Defendants in Case No. 3:07-cv-03240-EMC.

Plaintiff seeks a Case Management Conference before Magistrate Judge LaPorte only with regard to the cases numbered Case 90-3576-MHP, 85-1709 and 85-2247. Defendants correctly note that 3:07-cv-03240-EMC was the subject of a Case Management Conference before Judge Chen. Moreover, that case has not been assigned to Magistrate Judge LaPorte for any purpose.

Plaintiff apologizes if his request was not clear on this point.


Dated: December 16, 2011                    Respectfully submitted




by:     _____

                                            James Wheaton
                                            Attorneys for Plaintiff



IT IS SO ORDERED that a further CMC is set for 1/20/12 at 10:30 a.m. before District Judge Edward M. Chen.l



_____
Edward M. Chen
U.S. Distr.

*ROSENFELD v. FBI: CLARIFICATION RE: PLAINTIFF'S REQUEST FOR CASE MANAGEMENT CONFERENCE*
2