1  JAMES R. WHEATON (Cal. Bar No. 115230)
2  LOWELL CHOW
   FIRST AMENDMENT PROJECT
3  1736 Franklin Street, 9th Floor
   Oakland, CA 94612
4  Tel:    (510) 208-7744
   Fax:    (510) 208-4562
5
6  Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | SETH ROSENFELD,                          | ) Case No. 90-3576-MHP
12 |                                          | ) AND
   |       Plaintiff,                         | ) Case No. 85-1709
13 |                                          | ) Case No. 85-2247
   | v.                                       | )
14 |                                          | ) **CLARIFICATION RE: REQUEST BY**
   | UNITED STATES DEPARTMENT OF              | ) **PLAINTIFF FOR CASE**
15 | JUSTICE, and UNITED STATES FEDERAL       | ) **MANAGEMENT CONFERENCE**
   | BUREAU OF INVESTIGATION,                 | )
16 |                                          | )  ORDER SETTING CMC
   |                                          | )  BEFORE JUDGE CHEN
17 |       Defendants.                        | )
18 |                                          | ) Dept: The Honorable Magistrate Judge
   |                                          | ) Elizabeth LaPorte
19

20   Related Case:

21 | SETH ROSENFELD                           | ) Case No. 3:07-cv-03240-EMC
22 |       Plaintiff,                         | )
23 | v.                                       | )
24 | FEDERAL BUREAU OF INVESTIGATION,         | )
   | AND UNITED STATES DEPARTMENT OF          | )
25 | JUSTICE                                  | )
26 |       Defendants.                        | )
27

28

*ROSENFELD v. FBI:* **CLARIFICATION RE: PLAINTIFF'S REQUEST FOR CASE MANAGEMENT CONFERENCE**

1

Plaintiff Seth Rosenfeld respectfully files and serves this clarification regarding his request to set a Case Management Conference, in answer to the response of Defendants in Case No. 3:07-cv-03240-EMC.

Plaintiff seeks a Case Management Conference before Magistrate Judge LaPorte only with regard to the cases numbered Case 90-3576-MHP, 85-1709 and 85-2247. Defendants correctly note that 3:07-cv-03240-EMC was the subject of a Case Management Conference before Judge Chen. Moreover, that case has not been assigned to Magistrate Judge LaPorte for any purpose.

Plaintiff apologizes if his request was not clear on this point.

Dated: December 16, 2011                     Respectfully submitted

                                             by: _____

                                             James Wheaton
                                             Attorneys for Plaintiff

IT IS SO ORDERED that a further CMC is set for 1/20/12 at 10:30 a.m. before District Judge Edward M. Chen.l

_____
Edward M. Chen
U.S. District



*ROSENFELD v. FBI*: CLARIFICATION RE: PLAINTIFF'S REQUEST FOR CASE MANAGEMENT CONFERENCE

2