**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENFELD, et al., | Case No. 90-3576 MHP (EDL) |
| Plaintiff, | Case No. 85-1709 MHP (EDL) |
| | Case No. 85-2247 MHP (EDL) |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| UNITED STATES, et al., | |
| Defendant. | |

On January 6, 2012, these matters were referred to this Court for a status conference. A status conference is hereby set for January 24, 2012 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. No later than January 17, 2012, the parties shall file a joint status conference statement setting out the parties' disputes in detail.

**IT IS SO ORDERED.**

Dated: January 10, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge