**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ROSENFELD, et al.,                    Case No. 90-3576 MHP (EDL)
                                           Case No. 85-1709 MHP (EDL)
9              Plaintiff,                   Case No. 85-2247 MHP (EDL)

10   v.                                     **ORDER SETTING STATUS
                                           CONFERENCE**
11   UNITED STATES, et al.,

12             Defendant.
     _____/

13

14          On January 6, 2012, these matters were referred to this Court for a status conference.  A

15   status conference is hereby set for January 24, 2012 at 9:00 a.m. in Courtroom E, 15th Floor, 450

16   Golden Gate Avenue, San Francisco, CA.  No later than January 17, 2012, the parties shall file a

17   joint status conference statement setting out the parties' disputes in detail.

18          **IT IS SO ORDERED.**

19

20   Dated:  January 10, 2012

21                                          ELIZABETH D. LAPORTE
                                           United States Magistrate Judge
22

23

24

25

26

27

28