IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSENFELD, et al.,

    Plaintiff,

    v.

UNITED STATES, et al.,

    Defendants.

No. 85-01709 MHP (EDL)
No. 85-02247 MHP (EDL)
No. 90-03576 MHP (EDL)

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On January 12, 2012, counsel for Defendant Federal Bureau of Investigation filed a request to appear telephonically at the status conference set for January 24, 2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: January 12, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge